O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ARTHUR PEREZ,

    Petitioner,

v.

SANDRA PENNYWELL, Warden, *et al.*,

    Respondents.

Case No. LA CV 14-01441 PSG (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: __June 23, 2015_____

_____

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE